UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

EDWARD H. BEAN,

    Plaintiff,

v.                                                    Case No. 15-13723
                                                   Hon. Denise Page Hood

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

_____/

## ORDER ACCEPTING REPORT AND RECOMMENDATION REGARDING ATTORNEY FEES PURSUANT TO 42 U.S.C. § 406(b)(1)

This matter is before the Court on Magistrate Judge Stephanie Dawkins Davis's Report and Recommendation regarding Plaintiff's Motion for Attorney Fees Pursuant to 42 U.S.C. § 406(b)(1). **[Doc. No. 21]** Neither party filed any objections to the Report and Recommendation.

The Court has had an opportunity to review this matter and finds that the Magistrate Judge reached the correct conclusions for the proper reasons. Finding no error in the Magistrate Judge's Report and Recommendation, the Court adopts the Report and Recommendation in its entirety. Furthermore, as neither party has raised an objection to the Report and Recommendation, the Court finds that the parties have waived any further objections to the Report and Recommendation. *Smith v. Detroit Fed'n of Teachers Local 231,* 829 F.2d 1370, 1373 (6th Cir. 1987)

(a party's failure to file any objections waives his or her right to further appeal); *Thomas v. Arn*, 474 U.S. 140, 149 (1985).

For the reasons stated above,

**IT IS ORDERED** that the Report and Recommendation [Docket No. 21, filed April 11, 2019] is **ADOPTED** as this Court's findings of fact and conclusions of law.

**IT IS FURTHER ORDERED** that Plaintiff's Motion for Attorney Fees Pursuant to 42 U.S.C. § 406(b)(1) **[Doc. No. 16, filed November 21, 2018]** is **GRANTED**.

**IT IS FURTHER ORDERED** that Plaintiff counsel be awarded fees in the amount of $14,000.00 under 42 U.S.C. § 406(b).

IT IS ORDERED.

DATED: July 3, 2019

s/Denise Page Hood
DENISE PAGE HOOD
United States District Judge